# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ARUTYUN DEMIRCHYAN, | No. ED CV 18-424-SVW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEFFERSON SESSIONS III, et al., | |
| Respondents. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 18, 2018

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE